IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02690-BNB

KENNETH R. SMITH, SR.,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a Letter to the Court complaining about the conditions of his confinement while he was detained in the Weld County Detention Facility.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.  **28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:

(10)  _X_   is not submitted
(11)  ___   is not on proper form (must use the court's current form)
(12)  ___   is missing an original signature by the prisoner
(13)  ___   is missing page nos. ___
(14)  ___   uses et al. instead of listing all parties in caption
(15)  ___   names in caption do not match names in text
(16)  ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  ___   other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 11, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge