IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02690-BNB

KENNETH R. SMITH, SR.,

     Plaintiff,

v.

[NO DEFENDANTS NAMED],

     Defendants.

_____

ORDER OF DISMISSAL

_____

     Plaintiff, Kenneth R. Smith, Sr., is detained in the Denver County Jail.  He

initiated this action filing a letter with the Court on October 10, 2012, complaining about

his conditions of confinement while he was detained in the Weld County Detention

Facility.

     In an October 11, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr.

Smith to cure certain enumerated deficiencies in this action within thirty days.

Specifically, Mr. Smith was ordered to submit a Prisoner's Motion for Leave to Proceed

Pursuant to 28 U.S.C. § 1915, or, in the alternative, to pay the $350.00 filing fee.  Mr.

Smith was also instructed to submit a Prisoner Complaint on the court-approved form.

Magistrate Judge Boland warned Mr. Smith in the October 11 Order that failure to cure

the designated deficiencies by the court-ordered deadline would result in dismissal of

the action without further notice.

     Mr. Smith has now failed to submit any documents in compliance with the

October 11 Order and has not paid the $350.00 filing fee.  Indeed, Mr. Smith has not

communicated with the Court since he initiated this action on October 10, 2012.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. ***See Coppedge v. United States***, 369 U.S. 438 (1962). If Mr. Smith files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Smith's failure to comply with the October 11, 2012 Order Directing Plaintiff to Cure Deficiencies. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Smith has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Smith may file a motion in the Tenth Circuit.

DATED at Denver, Colorado, this   26th   day of   November   , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2